UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

THEA MANSAVAGE,

          Plaintiff,

v.                                                          Case No.:  16-CV-612

LANDFILL VENTURE GROUP,

          Defendant.

---

## STIPULATION FOR DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action, by their respective attorneys, that the plaintiff's complaint, and all other actions and claims in the above-entitled action against the defendant, be dismissed on the merits, with prejudice, and without costs or fees (including any under 42 U.S.C. § 1988) awarded to any of the parties.

Dated this 11th day of September, 2017

                                                              **/s/ Jeff Scott Olson**
                                                              Jeff Scott Olson
                                                              State Bar No. 1016284
                                                              Attorneys for the Plaintiff, Thea Mansavage
                                                              THE JEFF SCOTT OLSON LAW FIRM, S.C.
                                                              131 W. Wilson St., Suite 1200
                                                              Madison, WI 53703
                                                              Phone: (608) 283-6001
                                                              Facsimile: (608) 283-0945
                                                              E-mail: *jsolson@scofflaw.com*

Dated this 11th day of September, 2017.

**<u>s/ Michael J. Roman</u>**
Michael J. Roman
State Bar No. 1020648

Attorneys for Defendant, Landfill Venture Group
KLINNER KRAMER SHULL LLP
210 McClellan Street
Suite 400
Post Office Box 1386
Wausau, WI 54402-1386
Telephone: 715/845-5656
Fax: 715/845-5666
Email: mjr@zkklaw.com